CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS CLAY, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00869 |
| v. | ) **MEMORANDUM OPINION** |
| PAMELA NORTON *et al.*, | ) By:   Hon. Thomas T. Cullen |
|  | )         United States District Judge |
| Defendants. | ) |

Plaintiff Chris Clay, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On December 11, 2024, the Court ordered Plaintiff to submit a prisoner trust account report fully accounting for the six-month period immediately preceding the filing of the complaint. (Order 1–4 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not submitted the financial information as ordered. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this opinion and the accompanying order to Plaintiff.

**ENTERED** this 15th day of January, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE